# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0499
Lower Tribunal No. 22-2936
_____

**Melanie Cambridge,**
Appellant,

vs.

**Andrew Cambridge,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Nadja A. Prias, for appellant.

Sequor Law P.A., Edward H. Davis, Jr., Christopher A. Noel, and Jennifer Mosquera, for appellee.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.